# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>JASPER DIVISION</u>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| **JOSHUA CONNER JONES** | ) | |

## INFORMATION

The United States Attorney charges that:

## INTRODUCTION

At all times relevant to this Information:

1. Defendant **JOSHUA CONNER JONES** served as a correctional officer with the Walker County Sheriff's Department at the Walker County Jail in Jasper, Alabama, within the Northern District of Alabama.

2. As a correctional officer, defendant **JOSHUA CONNER JONES** was responsible for the custody, control, care, and safety of inmates and pre-trial detainees at the Walker County Jail.

3. On or about September 26, 2022, and on or about January 12, 2023 through January 26, 2023, defendant **JOSHUA CONNER JONES** was on duty in his official capacity at the Walker County Jail.

4. Individual #1 was a 33-year-old pre-trial detainee incarcerated at the Walker County Jail from on or about January 12, 2023 through January 26, 2023.

5. Individual #2 was a 31-year-old pre-trial detainee incarcerated at the Walker County Jail on or about September 26, 2022.

## COUNT ONE
## 18 U.S.C. § 241
## (Conspiracy Against Rights)

6. From on or about January 12, 2023, until on or about January 26, 2023, in Walker County, within the Northern District of Alabama, the defendant,

**JOSHUA CONNER JONES,**

willfully combined, conspired, and agreed with Walker County Jail officials, known and unknown, to injure, oppress, threaten, and intimidate Individual #1 in the free exercise and enjoyment of the right, secured and protected by the Constitution and laws of the United States, to be free from the deprivation of liberty without due process of law, which includes the right to be free from unconstitutional conditions of confinement. The offense resulted in the death of Individual #1.

## PLAN AND PURPOSE OF THE CONSPIRACY

7. It was the plan and purpose of the conspiracy that Walker County Jail officers, along with defendant Jones, would act with deliberate indifference to a substantial risk of serious harm to Individual #1 by depriving him of humane

conditions of confinement including, but not limited to, adequate food, clothing, shelter, sanitation, and medical and mental health care.

All in violation of Title 18, United States Code, Section 241.

## COUNT TWO
## 18 U.S.C. § 242
### (Deprivation of Rights Under Color of Law)

8. On or about September 26, 2022, in Walker County, within the Northern District of Alabama, the defendant,

**JOSHUA CONNER JONES,**

while acting under color of law, willfully deprived Individual #2 of his right to be free from the deprivation of liberty without due process of law, which includes the right to be free from excessive force amounting to punishment by a law enforcement officer, a right secured and protected by the Constitution and laws of the United States. Specifically, defendant **JONES**, struck Individual #2 in the face and head with a dangerous weapon (spray can containing a chemical irritant) at the Walker County Jail, resulting in bodily injury to Individual #2.

All in violation of Title 18, United States Code, Section 242.

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*

Michael A. Royster
Assistant United States Attorney